**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

REDIN NAIN BANEGAS MURILLO,
PEDRO ERNESTO LOPEZ CERDA, and
SANTOS TEOFILO RAMOS,

Petitioners,

v. CIVIL ACTION NO. 3:26-0697

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Upon consideration of Petitioners' Motion for Immediate Phone Call with Petitioner **Santos Teofilo Ramos**, ECF No. 10, **IT IS HEREBY ORDERED** that:

1. Respondents **SHALL** provide Petitioner **Santos Teofilo Ramos** with a confidential legal consultation with Petitioners' Counsel **NO LATER THAN 1:00 PM TODAY**, with thirty (30) minutes notice to Petitioners' Counsel. Petitioner shall be afforded as much time as necessary for this consultation, up to a maximum of one hour.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 4, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE