**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

REDIN NAIN BANEGAS MURILLO,
PEDRO ERNESTO LOPEZ CERDA, and
SANTOS TEOFILO RAMOS,

Petitioners,

v. CIVIL ACTION NO. 3:26-0697

DAVID VENTURELLA,
Acting Director, United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**MEMORANDUM OPINION AND ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners, including **Santos Teofilo Ramos**. ECF No. 1.[1]

Petitioners allege that Petitioner **Ramos**'s detention violated 8 U.S.C. § 1231 and its implementing regulations. *See* Pet. ¶¶ 45-48, ECF No. 1. Petitioner was arrested on the morning of November 1, 2026, within the interior of the United States, in or around Hurricane, WV,

[1] Petitioners **Redin Nain Banegas Murillo** and **Pedro Ernesto Lopez Cerda** were already granted relief. *See* ECF No. 13.

following a traffic stop. *Id.* ¶ 1. He was then transported to the ICE processing facility in Poca, WV. *Id.* ¶ 18. The Petition was initially entered around 10:32 AM on the same day. *See id.*[2]

As to Petitioner **Ramos**, Respondents acknowledge that the Court's prior decision in *Centeno Pastrana v. Venturella*, No. CV 3:26-0486, 2026 WL 2283605 (S.D.W. Va. Aug. 7, 2026) "may be applicable here if the Court adheres to that decision." Ramos Resp. at 2, ECF No. 6. Furthermore, Respondents "believe[] this matter can be decided without a hearing." *Id.* Likewise, Petitioner **Ramos** has "no objection to this Court granting the petition and ordering his release prior to the filing of a reply brief and without a hearing[.]" Ramos Notice at 1, ECF No. 12.

As in *Centeno Pastrana*, 2026 WL 2283605, the Court finds that Petitioner **Ramos**'s release under supervision is mandated by 8 U.S.C. § 1231(a)(3). The Court's analysis of the Immigration and Nationality Act and entitlement to due process within it has not changed. Thus, this Court's opinion in *Centeno Pastrana* is adopted and forms the basis for this brief opinion. *See also Santos Diaz v. Venturella*, No. CV 3:26-0671, 2026 WL 3181399 (S.D.W. Va. Oct. 23, 2026).

Accordingly, the Petition, ECF No. 1, is **GRANTED**, as to Petitioner **Ramos**, and Respondents' Motion to Dismiss, ECF No. 6, is **DENIED**.

The Show Cause Hearing previously scheduled for Thursday, November 5, 2026, is **CANCELED** entirely.

Respondents are **ORDERED** to **IMMEDIATELY TRANSPORT** Petitioner **Santos Teofilo Ramos** back to the Southern District of West Virginia. Respondents are **ORDERED** to **PROMPTLY RELEASE** Petitioner **Santos Teofilo Ramos** in the Southern District of West Virginia, **NO LATER THAN Thursday, November 5, 2026**, subject to an appropriate order of supervision in accordance with 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5. Respondents are

[2] The Court need not address the other Counts of the Petition to grant relief. *See* Pet.

**ORDERED** to facilitate the prompt return of all property seized incident to Petitioner's detention, including legal documents, to Petitioner at the time of his release.[3]

To that end, Petitioner will be returned to the Poca ICE facility and interviewed as necessary for the determination of his conditions of supervision. Petitioner will be permitted to consult with counsel by phone during such interview. *See* 8 C.F.R. § 241.4(d)(3). Respondents are **DIRECTED** to provide reasonable notice of **AT LEAST THREE (3) HOURS** to Petitioners' counsel of the anticipated time of Petitioner's interview and release. Respondents are also **DIRECTED** to provide notice to the Court of Petitioner's expected departure from Louisiana and expected arrival to the Southern District of West Virginia. If reasonable objections to certain conditions of release persist after attempted resolution between parties, such conditions shall not be imposed, and the matter shall be immediately brought to the Court's attention for resolution.

The Court **DIRECTS** the Clerk to send a copy of this written Opinion and Order to counsel of record and any unrepresented party.

ENTER: November 4, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

[3] Respondents' counsel has reportedly indicated that Petitioner will be returned to the Southern District of West Virginia tomorrow, pending this Order. *See* Ramos Notice at 2 n.2.