**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

REDIN NAIN BANEGAS MURILLO,
PEDRO ERNESTO LOPEZ CERDA, and
SANTOS TEOFILO RAMOS,

Petitioners,

v. CIVIL ACTION NO. 3:26-0697

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

On November 1, 2026, the Court issued an Order directing, in part, that "[t]o the extent Petitioners have already been removed from the District, Respondents **SHALL NOT** transport Petitioners to a geographically further location or remove Petitioners from the United States pending further order of the Court." Order to Show Cause at 2, ECF No. 5.

On November 3, 2026, at or before 4:46 PM, Respondents reported that Petitioner **Santos Teofilo Ramos** was "detained at the Cambria Center pursuant to 8 U.S.C. § 1231." *See* Ramos Resp. at 8, ECF No. 6. However, Petitioners' Counsel allege that they were informed that same

day, between 4:06 PM and 6:16 PM, that Petitioner **Ramos** was transferred to Louisiana. *See* Mot. for Immediate Phone Call, ECF No. 10.

Accordingly, the Court **ORDERS** Respondents to file a Notice to the Court **on or before Monday, November 9, 2026, at 12:00 PM**, explaining (1) why Petitioner **Ramos** was detained in Cambria County Prison, Pennsylvania, as opposed to Moshannon Valley Processing Center, Pennsylvania; and (2) why Petitioner **Ramos** was transported to Louisiana.

The Court **DIRECTS** Respondents to provide an affidavit in its Notice from an immigration officer with personal knowledge of the circumstances to affirm any explanation.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: November 5, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE